SCANNED at
and Emailed
6/12/25 by mB . 1 pages
date      initials   No.

U.S. Dist. Court
Dist. of. Conn

JOSE A. JUSINO        :   3:18-cv-02004 (SRU)
       v.             :
Rinaldi et al         :
                      :   JUNE 11, 2025

MOTION TO WITHDRAW MOTION for
TERMINATION of SETTLEMENT and
NOTICE TO COURT

Plaintiff Request to Withdraw /Terminate
His motion to Terminate Settlement and
His motion of Notice to Court, Plaintiff
Has Agree to All Terms in the
Settlement and General Release Agreement.

                              Respectfully Submitted
                              Plaintiff
                              [signature]